NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHN HENRY CLAY-BOYCE,
DOC #S41217,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

Case No. 2D17-3355

Opinion filed September 21, 2018.

Appeal from the Circuit Court for Manatee
County; Hunter W. Carroll, Judge.

Howard L. Dimmig, II, Public Defender,
and William L. Sharwell, Assistant Public
Defender, Bartow, for Appellant.

Pamela J. Bondi, Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

   Affirmed.

MORRIS, SLEET, and BADALAMENTI, JJ., Concur.